DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS RAINEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3495

[May 12, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 05-000424CF10B.

Travis Rainey, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***